**Cheryl L. LUCAS, Appellant,**

v.

**Barbara G. KUHLENGEL, M.D., Respondent.**

No. 65158.

Missouri Court of Appeals, Eastern District, Division Four.

Sept. 13, 1994.

Application to Transfer Denied Nov. 22, 1994.

Cheryl L. Lucas, pro se.

Bernard C. Brinker, Michael R. Cardenas, Aaron I. Mandel, Gary P. Paul, Clayton, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

PER CURIAM.

Plaintiff appeals from an order granting defendant's motion for summary judgment. We affirm. Viewed in the light most favorable to the plaintiff, the order of the trial court was proper, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).